DENNIS S. WAKS, Bar #142581
Acting Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
Miguel Angel Alvarez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:04-cr-05066 OWW |
| Plaintiff, | ORDER RE:  EXONERATION OF BOND AND RECONVEYANCE OF REAL PROPERTY |
| v. | Hon. Dennis L. Beck |
| MIGUEL ANGEL ALVAREZ, | |
| Defendant. | |

# **O R D E R**

On September 30, 2004, a Deed of Trust and Straight Note were posted by Dora Alvarez on behalf of Defendant, Miguel Angel Alvarez.  On that same date Defendant Alvarez was released from custody pursuant to Court Order.  On January 30, 2005, a Bail Review Hearing was held, at which time Defendant's was remanded into custody.  The court ordered that the property bond be exonerated.

Accordingly, **IT IS HEREBY ORDERED** that the property bond in the above-captioned case be exonerated and title to the real property located in Ceres, California, be reconveyed to the owner,  Dora Alvarez.  It is further ordered that all correspondence regarding reconveyance of the posted property be sent to Ms. Alvarez at the address previously provided to the court.

DATED: January 31, 2006

/s/ Dennis L. Beck
DENNIS L. BECK, Chief Magistrate Judge
Eastern District of California