IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff/<br>Respondent,<br><br>vs.<br><br>NORMA COBIAN,<br><br>Defendant/<br>Petitioner. | No. CR-F-04-5066 OWW<br><br>SECOND ORDER DIRECTING UNITED STATES TO FILE SUPPLEMENTAL BRIEF RE WELLS FARGO BANK ACCOUNTS NOS. 0042303936 AND 0042303745 BY FEBRUARY 23, 2009 |

By Memorandum Decision and Order filed on December 23, 2008, the Court ordered:

> The United States shall file a supplemental brief addressing Wells Fargo Bank Accounts Nos. 0042303936 and 0042303745 on or before January 26, 2009. Petitioner's reply to the supplemental brief shall be filed within 30 days thereafter. All further proceedings shall be by Order of the Court.

The United States has not timely complied with this Order. The United States is ordered to file the supplemental brief on or before February 23, 2009. Petitioner's reply to the supplemental

1

1 **brief shall be filed within 30 days thereafter.  All further**
2 **proceedings shall be by Order of the Court.**
3    IT IS SO ORDERED.
4 **Dated:    January 29, 2009**                     /s/ Oliver W. Wanger
                                              UNITED STATES DISTRICT JUDGE